IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD M. WANLAND, JR.,

    Petitioner,                    NO. 11-mc-0080 LKK GGH

    vs.

UNITED STATES OF AMERICA,

                                   <u>ORDER</u>

    Respondent.

_____/

        On October 12, 2011, petitioner filed a petition to quash two IRS summonses issued to third party U.S. Bank.  (Dkt. No. 1.)  Petitioner also filed a certificate of service indicating that the petition was served on the U.S. Attorney's Office, the Office of the Attorney General of the United States, the Internal Revenue Service, and U.S. Bank.  (Dkt. No. 4.)

        In light of the above, IT IS HEREBY ORDERED that Petitioner shall set this petition for hearing on the court's law and motion calendar, pursuant to E.D. Cal. L.R. 230, with notice to the above-listed persons, within fourteen (14) days of service of this order.  Available hearing dates can be obtained from the undersigned's courtroom deputy clerk at (916) 930-4199.

DATED: November 7, 2011

                                 /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

GGH/wvr
Wanland.80.irs.ptq.wpd