IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD M. WANLAND, JR.,

       Petitioner,                  NO. 11-mc-80 LKK GGH

   vs.

UNITED STATES OF AMERICA,

                                      <u>ORDER</u>

       Respondent.
_____/

       Before the court is the parties' stipulation for dismissal with prejudice of Donald M. Wanland, Jr.'s petition to quash Internal Revenue Service summonses. (Dkt. No. 14.) Upon consideration of the stipulation, and pursuant to Fed. R. Civ. P. 41(a) which is self-executing, IT IS HEREBY ORDERED THAT:

       1. The December 15, 2011 hearing on the petition is vacated.

       2. The petition (dkt. no. 1) is dismissed with prejudice, with each party to bear its own costs.

       3. The case is closed.

DATED: December 8, 2011

                               /s/ Gregory G. Hollows
                             UNITED STATES MAGISTRATE JUDGE

GGH/wvr
Wanland.80.stip.dismiss.wpd

1